DUNCAN, Circuit Judge,
concurring:
With profound respect, I must question why an appeal which the dissent characterizes as presenting “a rather pedestrian issue” would warrant en banc review. Our circuit precedent squarely holds that a total ban on newsracks implicates the First Amendment. And while undoubtedly there are many factual questions that inhere in a determination of the appropriate relief for a constitutional violation, there remains no factual dispute whatsoever about the current existence of what the *305 Supreme Court, in another context, has characterized as “the inexorable zero.” Int’l Bhd. of Teamsters v. United States, 431 U.S. 324, 342 n. 23, 97 S.Ct. 1843, 52 L.Ed.2d 396 (1977) (internal quotations omitted).